IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

MICHAEL ANGELO SERRATO,

    Plaintiff,                    No. CIV S-09-1163 DAD P

    vs.

LEROY BACA,

    Defendant.                  <u>ORDER</u>

_____/

        Plaintiff, currently confined at the Los Angeles County Jail, has filed a document styled "Petition for Change of Venue." Therein, plaintiff alleges that his civil rights have been violated at the Los Angeles County Jail. Plaintiff has not submitted a civil rights form complaint and no other pleadings have been filed by plaintiff. Moreover, plaintiff has not submitted an application to proceed in forma pauperis.

        The federal venue statute requires that a civil action, other than one based on diversity jurisdiction, be brought only in "(1) a judicial district where any defendant resides, if all defendants reside in the same State, (2) a judicial district in which a substantial part of the events or omissions giving rise to the claim occurred, or a substantial part of property that is the subject of the action is situated, or (3) a judicial district in which any defendant may be found, if there is no district in which the action may otherwise be brought." 28 U.S.C. § 1391(b).

1       Here, all of plaintiff's allegations relate to events that allegedly took place at the
2 Los Angeles County Jail and, therefore, none of the potential defendants to a civil rights action
3 reside in this district. It appears that any claims which plaintiff may be attempting to present
4 arose in Los Angeles County, which is in the Central District of California. Therefore, any
5 complaint which plaintiff may elect to file presenting such claims would properly be filed in the
6 United States District Court for the Central District of California. In the interest of justice, a
7 federal court may transfer a complaint filed in the wrong district to the correct district. See 28
8 U.S.C. § 1406(a); Starnes v. McGuire, 512 F.2d 918, 932 (D.C. Cir. 1974).

9       The undersigned is mindful of the shortcomings of plaintiff's filing with this
10 court, having noted many of them. However, in the interest of justice and in light of the serious
11 nature of the allegations set forth in plaintiff's "petition," the court will transfer the matter to the
12 district where plaintiff's claims are properly brought.

13       Accordingly, IT IS HEREBY ORDERED that this matter is transferred to the
14 United States District Court for the Central District of California.

15 DATED: May 11, 2009.

                                            _____
                                            DALE A. DROZD
                                            UNITED STATES MAGISTRATE JUDGE

19 DAD:9:mp
   serr1163.21a